

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS
~~JOHN BEN SHEPPERD~~XXXXXX  AUSTIN 11, TEXAS
ATTORNEY GENERAL

Honorable G. D. Minick
County Attorney
Wood County
Quitman, Texas

Dear Sir:

Opinion No. O-6348
Re: The duty of the County Auditor
to examine and certify monthly
reports of the Tax Assessor-
Collector.

Your letter of December 22, 1944, requests the
opinion of this office as to whether it is the duty of the
county clerk or the county auditor to examine and certify the
monthly reports of the Tax Assessor-Collector of Wood County,
Texas. Your letter making this request, omitting the formal
parts, is here set out:

"Enclosed please find our form of monthly report
of taxes collected in use in this county since time
immemorial, having heretofore been executed by the
County Clerk, but which the County Clerk declines now
to execute and, since we recently have acquired a County
Auditor, determines it should be executed henceforth
by the County Auditor. Without going into the facts
you are simply reminded of the traditional functions
of the County Clerk and of the functions of the County
Auditor. It being stated the County Clerk, prior to
this time, having at all times executed this form
without any ckeck-up, without any information as to
its correctness, without any facility, time or
deputy to be spared or a deputy qualified to examine
these records, simply relying upon the tax collector's
responsibility to duty. For this service the clerk
receives no compensation. At no time does the County
Clerk ever examine or inspect the Tax Collector's
records. At all times does the County Auditor examine
and inspect these records, such being of course part
and parcel of his functions of office for which he is
paid. And may I state there is no disinclination on
the County Auditor's part to perform this function if
he should, as he is lead to understand his duty; nor is
there any friction between any of these officials or
among them. They all three simply desire the duty

performed in the right way by the proper official.

"Therefore, we propound to you that under the setup in Wood County, under the law, please advise us what official, the County Clerk or the County Auditor, should execute the form No. 117 of monthly report of State and County Taxes collected enclosed, the certificate involved being marked off with a bracket in ink? Your prompt opinion will be much appreciated.

"May I add, due to some six or seven oil fields in Wood County, recently developed, our tax assessment is enlarged some six times its former bulk in items and in valuation, thus indicating the onerous burden to examine all these records, as well as to note the weight of responsibility and liability for it."

For answer to your question we refer you to Article 7260, Vernon's Annotated Civil Statutes, the revelant provisions of which are here set out as follows:

"At the end of each month the Tax Collector shall, on forms to be furnished by the Comptroller make an itemized report under oath to the Comptroller, showing each and every item of ad valorem, poll and occupation taxes collected by him during said month, accompanied by a summarized statement showing full disposition of all State taxes collected, provided that said itemized reports for the months of December and January of each year may not be made for twenty-five (25) days after the end of such months if same cannot be completed by the end of such respective months.

"He shall present such report, together with the tax receipt stubs to the County Clerk, who shall within two (2) days compare said report with said stubs, and if same agree in every particular as regards names, dates and amounts, he shall certify to its correctness, for which examination and certificate said Clerk shall be paid by the Commissioners Court twenty-five (25) cents for each certificate and twenty-five (25) cents for each two hundred (200) taxpayers on said report; <u>provided that in counties having a County Auditor the work mentioned in this paragraph shall be done by the County Auditor rather than the County Clerk</u>." (Emphasis ours)

Similar provisions relating to the report of collections made for the county are found in Article 7261, Vernon's Annotated Civil Statutes.

In accordance with these provisions of the law, you are advised, that in our opinion the examination and certification about which you inquire should be made by the County Auditor.

Very truly yours

Attorney General of Texas

s/ Robert F. Cherry

By
Robert F. Cherry
Assistant

RFC:zd/cg

APPROVED FEB. 8, 1945
s/ Grover Sellers
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE:
By BWB, Chairman